UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VLADIMIR RAMIREZ RAMIREZ,
Petitioner,
v.
CHRISTOPHER LAROSE,
Respondent.

Case No.: 26cv6388-LL-BJW

**ORDER CONDITIONALLY APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE**

[ECF No. 1]

Petitioner Vladimir Ramirez Ramirez, proceeding pro se, is a detainee in custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement. On November 9, 2026, Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner was arrested on August 29, 2026 and is currently detained at Otay Mesa Detention Center. Pet. 3.

The Court finds that representation will serve the interests of justice in this § 2241 petition, given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the Court **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc. as counsel effectively immediately. If Federal Defenders of San Diego, Inc. determines that Petitioner is not financially eligible to be appointed counsel

or that it does not have the resources to represent Petitioner, Federal Defenders of San Diego, Inc. shall notify Petitioner and file notice with the Court on or before **November 13, 2026**. If that occurs, Petitioner shall continue unrepresented.

Additionally, to maintain the status quo, Respondent, its officers, agents, successors, employees, attorneys, and other persons who act in concert or participation with Respondent are hereby **ENJOINED** from removing Petitioner from the United States or this district pending the Court's resolution of the Petition. *See Doe v. Bondi*, No. 25-CV-805-BJC-JLB, 2025 WL 1870979, at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

Accordingly, the Court **ORDERS** the following:

1. On or before **November 18, 2026**, Petitioner may file an amended petition. An amended petition will supersede and replace the original petition, so the amended petition must be complete in and of itself without reference to the original petition.

2. Respondent is **ORDERED TO SHOW CAUSE** why the Petition should not be granted by filing a written Return on or before **November 26, 2026**. The Return shall include any documents relevant to the determination of the issues raised in the Petition and shall address whether an evidentiary hearing on the Petition is needed. Respondent shall serve a copy of its Return upon Petitioner concurrently with the filing.

3. Petitioner may reply to the Return by filing a Traverse on or before **December 1, 2026**.

4. After briefing is complete, the Court will take the matter under submission and without oral argument pursuant to Local Civil Rule 7.1(d)(1), unless the parties are notified otherwise.

/ / /

/ / /

5. The Clerk of Court shall transmit a copy of this Order and the Petition [ECF No. 1] to the U.S. Attorney's Office for the Southern District of California.

**IT IS SO ORDERED.**

Dated: November 10, 2026

Honorable Linda Lopez
United States District Judge